## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

JERMAINE DONNELL JEFFERY,      )
                               )
              Plaintiff,       )
                               )
vs.                            )          NO. CIV-20-1162-HE
                               )
SCOTT NUNN, *et al.*,          )
                               )
              Defendants.      )

## ORDER

Plaintiff Jermaine Donnell Jeffery, a state prisoner appearing *pro se*, filed this §
1983 case alleging violations of his constitutional rights.  Pursuant to 28 U.S.C. §
636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Shon T. Erwin for initial
proceedings.  Judge Erwin ordered plaintiff to submit required paperwork to timely serve
defendants, and a show cause order as to why service had not been made.  Plaintiff never
responded to the court's orders.  Judge Erwin has issued a Report and Recommendation
recommending that the action be dismissed for failure to comply with the court's orders.

The Report advised plaintiff of his right to object on or before July 2, 2021.  Plaintiff
has not objected to the Report thereby waiving his right to appellate review of the factual
and legal issues it addressed.  Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #14].  This
case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 19th day of July, 2021.

JOE HEATON
UNITED STATES DISTRICT JUDGE